# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LLOYD W. JAMES, III & JUITONA L. JAMES  
27628 US HIGHWAY 52  
LANARK, IL  61046  

SSN-xxx-xx-3647 & xxx-xx-4739

Case Number: 07-71151

Case filed on: 5/10/2007  
Plan Confirmed on: 1/18/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,671.46                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 004 | NATIONAL CITY MORTGAGE COMPANY | 0.00 | 0.00 | 13,486.85 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 13,486.85 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 1,688.76 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,688.76 | 0.00 |
| 009 | FROST - ARNETT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FRONTIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PELLETIERI & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FROST - ARNETT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | VIRGINIA FITZGERALD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LLOYD W. JAMES, III | 0.00 | 0.00 | 540.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 540.00 | 0.00 |
| 002 | GIBBS HEATING & COOLING | 1,325.00 | 1,325.00 | 142.79 | 86.42 |
| 003 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 23,809.17 | 23,809.17 | 2,207.12 | 1,930.20 |
| 005 | NATIONAL CITY MORTGAGE COMPANY | 2,035.30 | 2,035.30 | 0.00 | 0.00 |
| 006 | PAULEY PLUMBING & PUMPS | 856.80 | 850.00 | 75.16 | 51.42 |
|  | Total Secured | 28,026.27 | 28,019.47 | 2,425.07 | 2,068.04 |
| 001 | AMERICAN GENERAL FINANCE | 24,430.03 | 24,430.03 | 0.00 | 0.00 |
| 006 | PAULEY PLUMBING & PUMPS | 0.00 | 6.80 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 693.81 | 693.81 | 0.00 | 0.00 |
| 008 | BHC STREAMWOOD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 719.24 | 719.24 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 736.33 | 736.33 | 0.00 | 0.00 |
| 012 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GALLAGHER & SLINGERLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GE CONSUMER FINANCE | 1,482.12 | 1,482.12 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,274.80 | 1,274.80 | 0.00 | 0.00 |
| 019 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JUNIPER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | KISHWAUKEE COMMUNITY HOSPITAL | 723.00 | 723.00 | 0.00 | 0.00 |
| 023 | OGLE COUNTY PROBATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PROFESSIONAL CAREER DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROBERT C BECKER | 360.00 | 360.00 | 0.00 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 438.29 | 438.29 | 0.00 | 0.00 |
| 028 | SINNISSIPPI CENTERS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SPECIALTY MERCHANDISE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SUPERIOR HEATING & AIR | 77.40 | 77.40 | 0.00 | 0.00 |
| 031 | TAMARA SWANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | UAW LEGAL SERVICES PLAN | 190.00 | 190.00 | 0.00 | 0.00 |
| 033 | WW BUILDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | JUITONA L. JAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 31,125.02 | 31,131.82 | 0.00 | 0.00 |
|  | Grand Total: | 62,151.29 | 62,151.29 | 18,140.68 | 2,068.04 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $20,208.72 |
| Trustee Allowance: | $1,462.74 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan